

**GRANTED**  Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Jun 22, 2011**

A. Bruce Jones
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DENVER DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address:   1437 Bannock St.<br>                 Denver, CO  80202; 720-865-8301 | |
| **Plaintiffs**:<br>TODD WRIGHT, an individual, ELIZABETH HEARD, an individual, and DAWN BLACKMAN, an individual,<br><br>v.<br><br>**Defendant:**<br>VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., a Colorado Corporation. | Case No. 2011CV4068<br>Division: 414 |

### ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR 14 DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

The Court, having considered Defendant's Stipulated Motion for 14 Day Extension of Time to Respond to Plaintiffs' Complaint, and finding good cause shown, hereby ORDERS:

The Motion for 14-Day Extension of Time to Respond to Plaintiff's Complaint is GRANTED.  Defendant's response to Plaintiffs' complaint is due on July 11, 2011.

Dated this ___ day of _____, 2011.

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD

**Current Date:** Jun 22, 2011

**Case Number:** 2011CV4068

**Case Name:** WRIGHT, TODD et al vs. VITAMIN COTTAGE NATURAL FOOD MKT INC

**/s/ Judge Bruce Jones**