IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01698–CMA–KMT

TODD WRIGHT, an individual,
ELIZABETH HEARD, an individual, and
DAWN BLACKMAN, an individual,

   Plaintiffs,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., a Colorado Corporation,

   Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The Stipulated Motion for Protective Order (Doc. No. 12, filed September 7, 2011) is GRANTED.  The Protective Order will be entered.

Dated: September 8, 2011