IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01698–CMA–KMT

TODD WRIGHT, an individual,
ELIZABETH HEARD, an individual, and
DAWN BLACKMAN, an individual,

    Plaintiffs,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., a Colorado Corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of "Plaintiffs' Response to Defendant's Motion to Amend Answer to Plaintiffs' Complaint" (Doc. No. 23, filed Oct. 4, 2011), it is ORDERED that "Defendant's Motion to Amend Answer to Plaintiff's Complaint" (Doc. No. 20, filed Oct. 3, 2011) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The clerk of court is directed to file "Defendant's Amended Answer to Plaintiffs' Complaint" (Doc. No. 20-1) as attached to Defendant's Motion.

Dated: October 4, 2011