IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01698–CMA–KMT

TODD WRIGHT, an individual,
ELIZABETH HEARD, an individual, and
DAWN BLACKMAN, an individual,

    Plaintiffs,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., a Colorado Corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's Motion to Amend the Scheduling Order (Doc. No. 32, filed Dec. 14, 2011) is GRANTED. Paragraph 3 of Section 4 of the Scheduling Order is amended to read, in its entirety, as follows: "Plaintiffs Heard and Blackman are adult females."

Dated: December 16, 2011